UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN CUTLER, o.b.o.<br>MICHAEL CUTLER (deceased),<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CASE NO. EDCV 12-00516 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: February 5, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge